UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

MICHAEL BERGAMASCHI; and
FREDERICK ROBERSON; on behalf of
themselves and all others similarly situated,

                    *Plaintiffs*,

           v.

ANDREW M. CUOMO, Governor of New York
State, in his official capacity; and TINA M.
STANFORD, Chairperson of the New York State
Board of Parole, in her official capacity;

                    *Defendants*.

------------------------------------------------------------- x

Case No. 1:20-cv-02817

## MOTION FOR A PRELIMINARY INJUNCTION

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law and declarations, exhibits in support, and complaint in this action, the plaintiffs, through counsel, will move this Court, at a return date to be determined as soon as is practicable for an order pursuant to Rule 65(a) of the Federal Rules of Civil Procedure for a preliminary injunction enjoining the defendants' mandatory detention scheme and requiring defendants to provide an immediate assessment whether individuals may be released pending their final revocation hearing.

Plaintiffs respectfully request that this Court order the defendants to provide plaintiffs with the following process: (1) an immediate evaluation for those currently in jail, and a prompt hearing for future arrestees, where the people detained on a parole warrant have an opportunity to be heard on their suitability for release and to rebut the Board's justifications for detention; (2) notice of when the Board will conduct this hearing and the reasons supporting the Board's request for detention; (3) a neutral decisionmaker, which can be anyone from the Board who is not involved in the decision to arrest and detain the parolee; and (4) if detention is required, an explanation as

to why and the evidence relied on, either on the record or in writing; and for such other and further relief as the Court deems proper.

Dated: April 6, 2020
      New York, N.Y.

Respectfully submitted,

*s/ Philip Desgranges*

Philip Desgranges
Grace Y. Li*
Molly Biklen
Christopher T. Dunn
NEW YORK CIVIL LIBERTIES UNION
  FOUNDATION
125 Broad Street, 19th Floor
New York, New York 10004
(212) 607-3300
pdesgranges@nyclu.org

Corey Stoughton
The Legal Aid Society
199 Water Street
New York, NY 10038
212-577-3367
cstoughton@legal-aid.org

*Attorneys for Plaintiffs*

*Application for admission to the New York bar pending