UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
Bergamaschi et al,

          v.                                                                   20-CV-2817 (CM)

**<u>ORDER</u>**

Cuomo et al,

                        Defendant.
---------------------------------------------------------X

McMahon, C.J.:

      The Court will hold a telephone conference in this matter tomorrow, Wednesday, April 8, 2020, at 11:30 a.m.

      To join the conference, the parties are to dial in at: 888-363-4749; the Access Code is: 9054506.  This is an open proceeding—the public and press are welcomed to dial in, but are asked to remain silent during the conference.

April 7, 2020

                                                Colleen McMahon
                                                Chief Judge