Exhibit 2

**New York State**
**Department of Corrections and Community Supervision**

From: Anthony Annucci, Acting Commissioner
To: Community Supervision – Regional Directors and Bureau Chiefs
Date: April 7, 2020
Subject: Technical and Absconder Warrants

Governor Andrew M. Cuomo has taken aggressive action to combat the spread of the infectious disease, novel coronavirus (COVID-19), as suspected and confirmed cases have surged around the world. In response to this developing public health emergency, the Department of Corrections and Community Supervision (DOCCS) identified individuals under parole supervision who were currently detained in a local jail pursuant to a Department-issued warrant resulting from an alleged technical violation on March 27, 2020. The Department then conducted an individualized review of these technical violations and canceled the delinquency of any warrant where an individual had adequate housing available and the release of an individual would not present an undue risk to public safety.

Now, the Department is instituting a new process for the issuance of parole warrants to align with the above directive and further contain the spread of COVID-19. <u>Effective immediately, Community Supervision staff will adhere to the below guidelines for the next 30 days when evaluating whether a warrant should be issued.</u>

1. **All technical warrant requests must be reviewed and authorized by the Regional Director or Acting Regional Director.**

2. **Technical warrants will only be authorized for a technical violator who, at the time of the alleged violation:**

    a. Engaged in violent behavior;
    b. Used or possessed a firearm or weapon;
    c. Is a sex offender who had prohibitive contact with a minor or victim; or
    d. Is a domestic violence offender who had prohibitive contact with a victim.

3. **Absconder warrants will only be authorized for an absconder who is a COMPAS Level 1 or 2, to include all individuals who are Sex Offenders, OMH 1S, SIST, and UBER cases.**

All other technical violations (e.g. curfew, association, failing to report to program, etc.) will be addressed by utilizing community-based alternatives to incarceration and other case management and compliance techniques during this timeframe.

These guidelines are intended to balance our public safety duties with the very real public health crisis caused by the COVID-19 public health emergency. The Department recognizes the vital law enforcement role that Community Supervision plays in New York every day and the need to maintain our authority to take appropriate action against parole violators who pose a threat to public safety.

Thank you for your service. Please stay safe and healthy during this time.