UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

MICHAEL BERGAMASCHI; and        :
FREDERICK ROBERSON; on behalf of        :
themselves and all others similarly situated,        :       Case No. 1:20-cv-02817 (CM)
       :
       Plaintiffs,        :
       :
       v.        :
       :
ANDREW M. CUOMO, Governor of New        :
York State, in his official capacity; and TINA        :
M. STANFORD, Chairperson of the New York        :
State Board of Parole, in her official capacity,        :
       :
       Defendants.        :
       :

------------------------------------------------------------- x

## STATEMENT NOTING THE DEATH OF PLAINTIFF MICHAEL BERGAMASCHI

In accordance with Rule 25(a) of the Federal Rules of Civil Procedure, Plaintiff Frederick Roberson hereby notifies the Court of the death of Plaintiff Michael Bergamaschi on August 5, 2020.

Dated: September 17, 2020
      New York, N.Y.

Respectfully submitted,

*s/ Philip Desgranges*

_____

Philip Desgranges
Daniel R. Lambright*
Molly Biklen
Christopher T. Dunn
NEW YORK CIVIL LIBERTIES UNION
  FOUNDATION
125 Broad Street, 19th Floor
New York, New York 10004
(212) 607-3300
pdesgranges@nyclu.org
dlambright@nyclu.org
mbiklen@nyclu.org
cdunn@nyclu.org

Corey Stoughton
The Legal Aid Society
199 Water Street
New York, NY 10038
212-577-3367
cstoughton@legal-aid.org

*Attorneys for Plaintiffs*

* Application for admission forthcoming

2