**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------X

FREDERICK ROBERSON, on behalf of himself
and all others similarly sitituated,

                Plaintiffs,                20 **CIVIL** 2817 (CM)

        -against-                      **JUDGMENT**

ANDREW M. CUOMO, Governor of New York,
in his official capacity and TINA M. STANFORD,
Chairperson of the New York State Board of Parole,
in her official capacity

                Defendants.

---------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated March 10, 2021, Defendants' motion for summary judgment is GRANTED. Plaintiffs' cross motion for summary judgment is DENIED. Judgment is entered for Defendants' and this case is closed.

**Dated:** New York, New York
          March 10, 2021

                                            **RUBY J. KRAJICK**
                                            **Clerk of Court**
                        BY:
                                            **Deputy Clerk**