UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

FREDERICK ROBERSON, on behalf of himself and all others similarly situated,

                        Plaintiff,

        v.

ANDREW M. CUOMO, Governor of New York State, in his official capacity; and TINA M. STANFORD, Chairperson of the New York State Board of Parole, in her official capacity;

                      Defendants.

------------------------------------------------------------- x

1:20-CV-02817

**PLAINTIFF'S NOTICE OF APPEAL**

    Notice is hereby given that Plaintiff Frederick Roberson, on behalf of himself and all others similarly situated, appeals to the United States Court of Appeals for the Second Circuit from the Decision and Order of the Honorable Colleen McMahon entered in this matter on March 10, 2021 granting Defendants' motion for summary judgment and denying Plaintiff's cross-motion for summary judgment. This appeal is taken from each and every part of the Decision and Order.

Dated: April 5, 2021
        New York, NY

                                            Respectfully submitted,

                                            /s/ *Molly K. Biklen*
                                            Molly K. Biklen
                                            Daniel R. Lambright
                                            Christopher T. Dunn
                                            NEW YORK CIVIL LIBERTIES UNION
                                                FOUNDATION
                                            125 Broad Street, 19th Floor
                                            New York, New York 10004
                                            (212) 607-3300
                                            mbiklen@nyclu.org

Philip Desgranges
Corey Stoughton
THE LEGAL AID SOCIETY
199 Water Street
New York, NY 10038
212-577-3367
pdesgranges@legal-aid.org
cstoughton@legal-aid.org

*Attorneys for Plaintiff*