UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



Frederick Roberson,

                      Plaintiff,

-against-

Kathy Hochul, Governor of New York, et al.,

                      Defendants.

No. 20 Civ. 2817 (CM)

## ORDER

McMahon, J.:

    As per the mandate issued by the United States Court of Appeals for the Second Circuit, the above-captioned case is hereby dismissed as moot. The Clerk of Court is directed to close the case.

Dated: October 27, 2022

_____
U.S.D.J

BY ECF TO ALL COUNSEL